JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MIRANDA SALGADO, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; and DOES 1-20, inclusive,<br><br>  Defendants. | Case No. 5:25-cv-00913-AB (SPx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **90 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 28, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE